## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| NEAR INTELLIGENCE, INC., *et al.*,[1] | ) Case No. 23-11962 (TMH) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| DRIVETRAIN, LLC, as Plan Administrator and Litigation Trustee of the Near Intelligence, Inc., *et al*. Litigation Trust, | ) |
| | ) Adv. Proc. No. 25-52378 (TMH) |
| Plaintiff, | ) |
| v. | ) |
| UHY LLP, | ) |
| Defendant. | ) |

**STIPULATION REGARDING ACCEPTANCE OF SERVICE OF COMPLAINT AND BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS**

WHEREAS, on October 30, 2025, plaintiff Drivetrain, LLC, as Plan Administrator and Litigation Trustee of the Near Intelligence, Inc., *et al*. Litigation Trust ("Plaintiff") filed a Complaint and Summons in the above-captioned adversary proceeding against defendant UHY LLP ("Defendant" and, together with Plaintiff, the "Parties");

WHEREAS, the Parties have conferred and agreed that the undersigned counsel for the Defendant will accept service of the Complaint and Summons;

WHEREAS, it is further agreed that Defendant's time to answer, move, or otherwise respond to the Complaint is extended to December 23, 2025; and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their federal tax identification numbers, to the extent applicable, are Near Intelligence, Inc. (7857), Near Intelligence LLC (9004), Near North America, Inc. (9078), and Near Intelligence Pte. Ltd. The Debtors' headquarters is located at 100 W Walnut St., Suite A-4, Pasadena, California 91124.

WHEREAS, at present, Defendant intends to file a Motion to Dismiss the Complaint.

IT IS HEREBY STIPULATED AND AGREED,

1. Undersigned counsel for the Defendant accepts service of original process of the Complaint and Summons in the above captioned matter as of November 3, 2025. The Defendant agrees to be bound by this service in the same manner as if it were personally served in accordance with Federal Rule of Bankruptcy Procedure 7004;

2. The Parties agree that the Defendant shall move, answer, or otherwise respond to the Complaint on or before December 23, 2025.

3. The following briefing schedule shall be applicable to Defendant's anticipated Motion to Dismiss:

   a. Defendant shall file its Opening Brief on or before December 23, 2025;

   b. Plaintiff's Opposition to Defendant's Motion to Dismiss shall be filed on or before February 11, 2026;

   c. Defendant's Reply Brief in Further Support of the Motion to Dismiss shall be filed on or before March 13, 2026.

4. Counsel to the Parties also agrees to continue the pre-trial hearing currently scheduled in this matter for January 7, 2026 at 10:00 a.m. to a date to be determined after the disposition of Defendant's Motion to Dismiss.

Dated: November 6, 2025

| | |
|---|---|
| **PACHULSKI STANG ZIEHL & JONES** | **KLEHR HARRISON HARVEY BRANZBURG LLP** |
| */s/ Peter J. Keane* | */s/ Sally E. Veghte* |
| Bradford J. Sandler (DE Bar No. 4142) | Richard M. Beck (DE Bar No. 3370) |
| Beth E. Levine (admitted *pro hac vice*) | Sally E. Veghte (DE Bar No. 4762) |
| Peter J. Keane (DE Bar No. 5503) | 919 Market Street, Suite 1000 |
| 919 Market Street, 17th Floor | Wilmington, DE 19801 |
| Wilmington, DE 19801 | Telephone: (302) 552-5501 |
| Telephone: (302) 652-4100 | Email: rbeck@klehr.com |
| Email: bsandler@pszjlaw.com | sveghte@klehr.com |
| blevine@pszjlaw.com | |
| pkeane@pszjlaw.com | **VEDDER PRICE LLP** |
| | Michael J. Quinn, Esquire |
| **REID COLLINS & TSAI LLP** | Marie E. Christiansen, Esquire |
| Eric D. Madden (admitted *pro hac vice*) | 1925 Century Park East, Suite 1900 |
| Brandon V. Lewis (admitted *pro hac vice*) | Los Angeles, California 90067 |
| Brian J. Bah (admitted *pro hac vice*) | Telephone: (424) 204-7734 |
| 1601 Elm Street, Suite 4200 | E-mail: mquinn@vedderprice.com |
| Dallas, TX 75201 | mchristiansen@vedderprice.com |
| Telephone: (214) 420-8900 | |
| Email: emadden@reidcollins.com | **VEDDER PRICE LLP** |
| blewis@reidcollins.com | William W. Thorsness, Esq. |
| bbah@reidcollins.com | 222 North LaSalle Street |
| | Chicago, Illinois 60601 |
| | Telephone: (312) 609-7595 |
| | E-mail: wthorsness@vedderprice.com |
| *Attorneys for Plaintiff Drivetrain, LLC, as Plan Administrator and Litigation Trustee of the Near Intelligence, Inc., et al. Litigation Trust* | *Attorneys for Defendant UHY LLP* |