**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>NEAR INTELLIGENCE, INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 23-11962 (TMH)<br><br>(Jointly Administered) |
| DRIVETRAIN, LLC, as Plan Administrator and Litigation Trustee of the Near Intelligence, Inc., *et al.* Litigation Trust,<br><br>Plaintiff,<br><br>v.<br><br>UHY LLP,<br><br>Defendant. | Adv. Proc. No. 25-52378 (TMH)<br><br>Re: Doc Nos. _____ |

**ORDER GRANTING UHY LLP'S MOTION TO DISMISS COUNTS 1 AND 2 OF COMPLAINT FILED BY PLAINTIFF DRIVETRAIN, LLC**

Upon consideration of Defendant UHY LLP's ("UHY") Motion to Dismiss Counts 1 and 2 of the Complaint filed by Plaintiff Drivetrain, LLC, as Plan Administrator and Litigation Trustee of the Near Intelligence, Inc., *et al*. Litigation Trust's ("Plaintiff") under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), made applicable by Bankruptcy Rule 7012 (the "Motion"), and the court having reviewed the Motion and supporting Memorandum of Points and Authorities, including the Request for Judicial Notice and Declaration of Scott Norris (cumulatively, the "Memorandum"), the opposition, and the reply thereto; and the Court having determined that the legal and factual bases set forth in the Motion and the accompanying Memorandum establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore, it is hereby ORDERED that:

1. The Motion is GRANTED in all respects;

2. Counts I and II of Plaintiff's Complaint are DISMISSED WITH PREJUDICE;

3. This Court shall retain jurisdiction over all matters arising from or related to the interpretation or implementation of this order (the "Order").

Dated: _________________________, 202_
Wilmington, Delaware

_________________________________
THE HONORABLE THOMAS M. HORAN
UNITED STATES BANKRUPTCY JUDGE