UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NEAR INTELLIGENCE, INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 23-11962 (TMH)<br><br>(Jointly Administered) |
| DRIVETRAIN, LLC, as Plan Administrator and Litigation Trustee of the Near Intelligence, Inc., *et al.* Litigation Trust,<br><br>Plaintiff,<br><br>v.<br><br>UHY LLP,<br><br>Defendant. | Adv. Proc. No. 25-52378 (TMH) |

**DECLARATION OF SCOTT NORRIS**

I, Scott Norris, hereby declare as follows:

1. I am a partner at the accounting firm of UHY LLP ("UHY"), the defendant in this adversary proceeding. I also was the lead engagement partner on UHY's audits of the financial statements of debtor Near Intelligence, Inc. ("Near") and its affiliated entities. I make this declaration in support of UHY's Motion to Dismiss Counts 1 and 2 of Plaintiff Drivetrain, LLC, as Plan Administrator and Litigation Trustee of the Near Intelligence, Inc., *et al.* Litigation Trust's Complaint. The matters stated in this declaration are true and correct of my own knowledge, and if called as a witness I could and would testify truthfully to the facts stated herein.

2. On March 25, 2022, UHY and Near Intelligence Holdings, Inc. entered into an engagement letter agreement for UHY to audit Near's consolidated financial statements as of and

for the years ending December 31, 2021 and 2020 and to review the condensed consolidated financial statements for the three months ending March 31, 2022 and 2021. Attached hereto as **Exhibit A** is a true and correct copy of the March 25, 2022 engagement letter agreement. The engagement letter agreement provides that New York law would apply to any claims relating to the audit services UHY provided to Near.

3. On December 14, 2022, UHY and Near Intelligence Holdings, Inc. entered into an additional engagement letter agreement for UHY to audit Near's consolidated financial statements as of and for the year ending December 31, 2022. Attached hereto as **Exhibit B** is a true and correct copy of the December 14, 2022 engagement letter agreement. This engagement letter agreement also provides that New York law would apply to any claims relating to UHY's audit services.

4. On March 23, 2023, UHY and Near's Audit Committee entered into a further engagement agreement for UHY to audit Near's consolidated financial statements as of and for the year ended December 31, 2023 and to review the condensed consolidated financial statements for each of the unaudited quarterly periods for the year ending December 31, 2023. Attached hereto as **Exhibit C** is a true and correct copy of the March 23, 2023 engagement letter agreement. This engagement letter agreement again provides that New York law would apply to any claims relating to UHY's audit services.

5. On May 10, 2022, UHY issued its audit opinion on Near's consolidated financial statements as of and for the years ended December 31, 2021 and 2020. Attached hereto as **Exhibit D** is a true and correct copy of the May 10, 2022 audit opinion. This audit opinion was included with Near's Form S-4 filed with the United States Securities and Exchange Commission on June 30, 2022. *See*

https://www.sec.gov/ix?doc=/Archives/edgar/data/0001826671/000121390022036380/fs42022_kludein1acq.htm (last visited December 22, 2025). As reflected on its face, the audit opinion was signed by UHY from Melville, New York.

6. On March 6, 2023, UHY issued its audit opinion as to Near's consolidated financial statements as of and for the years ended December 31, 2022 and 2021. Attached hereto as **Exhibit E** is a true and correct copy of the March 6, 2023 audit opinion. This audit opinion was included with Near's Form S-1 filed with the United States Securities and Exchange Commission on April 12, 2023. *See* https://www.sec.gov/ix?doc=/Archives/edgar/data/0001826671/000121390023029174/fs12023_nearintelligence.htm (last visited December 22, 2025). As reflected on its face, this audit opinion also was signed by UHY from Melville, New York.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed on December 23, 2025, at Melville, New York.

Signed by:
Scott Norris
4F20DE54EC5A412...
Scott Norris