**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>NEAR INTELLIGENCE, INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 23-11962 (TMH)<br><br>(Jointly Administered) |
| DRIVETRAIN, LLC, as Plan Administrator and Litigation Trustee of the Near Intelligence, Inc., *et al.* Litigation Trust,<br><br>Plaintiff,<br><br>v.<br><br>UHY LLP,<br><br>Defendant. | Adv. Proc. No. 25-52378 (TMH) |

**DEFENDANT UHY LLP'S REQUEST FOR JUDICIAL NOTICE**

Pursuant to Rule 201 of the Federal Rules of Evidence, and in support of its pending Motion to Dismiss Counts 1 and 2 of Plaintiff's Complaint, Defendant UHY LLP ("UHY") hereby requests that the Court take judicial notice of the following:

- Declaration of John Faieta in Support of Chapter 11 Petition and First Day Pleadings. Attached hereto as Exhibit 1 is a true and correct copy of the aforementioned Faieta Declaration.

- Amended Complaint filed in the United States Bankruptcy Court for the District of Delaware, *Drivetrain, LLC v. MobileFuse, LLC*, Adversary Proceeding No. 23-52298 (TMH), filed on November 18, 2025. Attached hereto as Exhibit 2 is a true and correct copy of the aforementioned Amended Complaint.

- Near Intelligence, Inc.'s ("Near") Form 8-K filed with the United States Securities and Exchange Commission (the "SEC"), dated October 5, 2023. Attached hereto as Exhibit 3 is a true and correct copy of the aforementioned October 5, 2023 Form 8-K filing.

- Complaint filed in the United States District Court for the Central District of California, *Zorio v. Near North America, Inc.*, Case No. 2:23-CV-08206-JLS-BFM, filed on September 29, 2023. Attached hereto as Exhibit 4 is a true and correct copy of the aforementioned Complaint.

- Federal Criminal Indictment of Near's founder, Chairman, and CEO, Anil Mathews, its Chief Financial Officer, Rahul Agarwal, and MobileFuse's CEO, Kenneth Harlan filed in the United States District Court for the Southern District of New York, *United States v. Mathews, et al.*, Case No. SI 24 Cr. 630. Attached hereto as Exhibit 5 is a true and correct copy of the aforementioned Indictment.

Federal Rule of Evidence 201 provides for judicial notice of a fact "not subject to reasonable dispute in that it is either (1) generally known within the territorial jurisdiction of the trial court or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b). The Court "must take judicial notice if a party requests it and the court is supplied with the necessary information." *Id*.

Exhibits 1-2 and 4-5 are official court records, and therefore, subject to judicial notice. *See Southmark Prime Plus, L.P. v. Falzone*, 776 F. Supp. 888, 892 (D. Del. 1991); *United States ex rel. Geisler v. Walters*, 510 F.2d 887, 890 n. 4 (3d Cir.1975); *Indem. Ins. Corp., RRG v. Cohen*, No. CV 8985-CB, 2018 WL 487246, at *1 (Del. Ch. Jan. 18, 2018).

The Court may also take judicial notice of Exhibit 3, a document filed with the SEC, as "no serious questions as to [its] authenticity can exist." *See Oran v. Stafford*, 226 F.3d 275, 289 (3d Cir. 2000), *citing Kramer v. Time Warner Inc*., 937 F.2d 767, 774 (2d Cir. 1991); *see also Diceon Electronics, Inc. v. Calvary Partners, L.P.*, 772 F. Supp. 859, 861 (D. Del. 1991) (taking judicial notice of filings with the Securities and Exchange Commission under Rule 201(b)(2)).

Accordingly, UHY respectfully requests that the Court grant this request and take judicial notice of Exhibits 1 through 5.

Dated: December 23, 2025

**KLEHR HARRISON HARVEY BRANZBURG LLP**

*/s/ Richard M. Beck*
Richard M. Beck (DE Bar No. 3370)
Sally E. Veghte (DE Bar No. 4762)
919 Market Street, Suite 1000
Wilmington, DE 19801
Telephone: (302) 552-5501
Email: rbeck@klehr.com
sveghte@klehr.com

**VEDDER PRICE LLP**
Michael J. Quinn (admitted *pro hac vice*)
1925 Century Park East, Suite 1900
Los Angeles, California 90067
Telephone: (424) 204-7734
E-mail: mquinn@vedderprice.com

**VEDDER PRICE LLP**
William W. Thorsness (admitted *pro hac vice*)
222 North LaSalle Street
Chicago, Illinois 60601
Telephone: (312) 609-7595
E-mail: wthorsness@vedderprice.com

*Attorneys for Defendant UHY LLP*