**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| NEAR INTELLIGENCE, INC., *et al.*,[1] | Case No. 23-11962 (TMH) |
| Debtors. | (Jointly Administered) |
| DRIVETRAIN, LLC, as Plan Administrator and Litigation Trustee of the Near Intelligence, Inc., *et al*. Litigation Trust, | Adv. Proc. No. 25-52378 (TMH) |
| Plaintiff, | |
| v. | |
| UHY LLP, | |
| Defendant. | |

**STIPULATION REGARDING EXTENSION OF**
**BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS**

WHEREAS, on October 30, 2025, plaintiff Drivetrain, LLC, as Plan Administrator and Litigation Trustee of the Near Intelligence, Inc., *et al*. Litigation Trust ("Plaintiff") filed a Complaint and Summons in the above-captioned adversary proceeding against defendant UHY LLP ("Defendant" and, together with Plaintiff, the "Parties");

WHEREAS, the Parties have conferred and agreed that the undersigned counsel for the Defendant will accept service of the Complaint and Summons;

[1] The Debtors in these chapter 11 cases, along with the last four digits of their federal tax identification numbers, to the extent applicable, are Near Intelligence, Inc. (7857), Near Intelligence LLC (9004), Near North America, Inc. (9078), and Near Intelligence Pte. Ltd. The Debtors' headquarters is located at 100 W Walnut St., Suite A-4, Pasadena, California 91124.

WHEREAS, on November 6, 2025, the Parties filed the *Stipulation Regarding Acceptance of Service of Complaint and Briefing Schedule on Defendant's Motion to Dismiss* [Docket No. 9] (the "Stipulation");

WHEREAS, in accordance with the briefing schedule set forth in the Stipulation, the Defendant filed *Defendant UHY LLP's Memorandum in Support of Its Motion to Dismiss Counts 1 and 2 of Plaintiff's Complaint* [Docket No. 13] (the "Motion to Dismiss") and supporting documents [Docket Nos. 15 and 16] on December 23, 2025; and

WHEREAS, Plaintiff's opposition to the Motion to Dismiss shall be filed on or before February 11, 2026;

WHEREAS, Defendant's reply brief in further support of the Motion to Dismiss shall be filed on or before March 13, 2026; and

WHEREAS, Plaintiff has requested and Defendant has agreed to extend the time for Plaintiff to file its opposition to the Motion to Dismiss and for Defendant to file its reply brief in further support of the Motion to Dismiss.

IT IS HEREBY STIPULATED AND AGREED,

1. Plaintiff's opposition to the Motion to Dismiss shall be filed on or before February 18, 2026; and

2. Defendant's reply brief in further support of its Motion to Dismiss shall be filed on or before March 20, 2026.

Dated: February 18, 2026

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Peter J. Keane*
Bradford J. Sandler (DE Bar No. 4142)
Beth E. Levine (admitted *pro hac vice*)
Peter J. Keane (DE Bar No. 5503)
919 Market Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 652-4100
Email: bsandler@pszjlaw.com
blevine@pszjlaw.com
pkeane@pszjlaw.com

**REID COLLINS & TSAI LLP**
Eric D. Madden (admitted *pro hac vice*)
Brandon V. Lewis (admitted *pro hac vice*)
Brian J. Bah (admitted *pro hac vice*)
1601 Elm Street, Suite 4200
Dallas, TX 75201
Telephone: (214) 420-8900
Email: emadden@reidcollins.com
blewis@reidcollins.com
bbah@reidcollins.com

*Attorneys for Plaintiff Drivetrain, LLC, as Plan Administrator and Litigation Trustee of the Near Intelligence, Inc., et al. Litigation Trust*

**KLEHR HARRISON HARVEY BRANZBURG LLP**

*/s/ Sally E. Veghte*
Richard M. Beck (DE Bar No. 3370)
Sally E. Veghte (DE Bar No. 4762)
919 Market Street, Suite 1000
Wilmington, DE 19801
Telephone: (302) 552-5501
Email: rbeck@klehr.com
sveghte@klehr.com

**VEDDER PRICE LLP**
Michael J. Quinn, Esquire
Marie E. Christiansen, Esquire
1925 Century Park East, Suite 1900
Los Angeles, California 90067
Telephone: (424) 204-7734
E-mail: mquinn@vedderprice.com
mchristiansen@vedderprice.com

**VEDDER PRICE LLP**
William W. Thorsness, Esq.
222 North LaSalle Street
Chicago, Illinois 60601
Telephone: (312) 609-7595
E-mail: wthorsness@vedderprice.com

*Attorneys for Defendant UHY LLP*