# **Exhibit B**

## **Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **In re:**<br><br>**NEAR INTELLIGENCE, INC., *et al.*,**<br><br>**Debtors.**[1] | **Chapter 11**<br><br>**Case No. 23-11962 (TMH)**<br><br>**(Jointly Administered)** |
| **DRIVETRAIN, LLC, as Plan Administrator and Litigation Trustee of the Near Intelligence, Inc., et al., Litigation Trust,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**UHY LLP,**<br><br>**Defendant.** | **Adversary Proceeding**<br>**No. 25-52378 (TMH)** |

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE SUR-REPLY IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

Upon consideration of *Plaintiff's Motion for Leave to File Sur-Reply in Opposition to Defendant's Motion to Dismiss* (the "Motion for Leave"), filed by the above-captioned plaintiff (the "Plaintiff"), it is hereby ORDERED that:

1. The Motion for Leave is granted.

2. Plaintiff is permitted to file the sur-reply, attached as Exhibit A to the Motion for Leave, and the sur-reply shall be deemed filed without any further action taken by Plaintiff.

[1] The Debtors in these chapter 11 cases are Near Intelligence, Inc., Near Intelligence LLC, Near North America, Inc., and Near Intelligence Pte. Ltd.