**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| NEAR INTELLIGENCE, INC., *et al.*, | ) Case No. 23-11962 (TMH) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) |
| DRIVETRAIN, LLC, as Plan Administrator and Litigation Trustee of the Near Intelligence, Inc., *et al.* Litigation Trust, | ) |
| | ) Adv. Proc. No. 25-52378 (TMH) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| UHY LLP, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT UHY LLP'S APPLICATION FOR**
**ORAL ARGUMENT ON THE MOTION TO**
**DISMISS COUNTS 1 AND 2 OF PLAINTIFF'S COMPLAINT**

Pursuant to Rule 7007-3 of the Local Rules of Bankruptcy Procedure of the United States Bankruptcy Court for the District of Delaware, defendant UHY LLP ("UHY"), by and through undersigned counsel, respectfully requests that the Court schedule oral argument on Defendant's *Motion to Dismiss Counts 1 and 2 of Plaintiff's Complaint* (Adv. D.I. 13) (the "Motion to Dismiss"), including the responses filed in connection therewith, and in support thereof states as follows:

1. Once briefing on the Motion to Dismiss is complete and in compliance with Del. Bankr. L.R. 7007-4, a Notice of Completion of Briefing and the related filings will be submitted to Chambers; and

11752299.v2

2.      UHY respectfully requests that oral argument be set at a time convenient for the Court.  UHY contacted Plaintiff's counsel but they have not provided a position on the Application for Oral Argument.

Dated: April 22, 2026

**KLEHR HARRISON HARVEY BRANZBURG LLP**

/s/ Richard M. Beck
Richard M. Beck (DE Bar No. 3370)
Sally E. Veghte (DE Bar No. 4762)
919 Market Street, Suite 1000
Wilmington, DE 19801
Telephone: (302) 552-5501
Email:  rbeck@klehr.com
            sveghte@klehr.com

**VEDDER PRICE P.C.**
Michael J. Quinn (admitted *pro hac vice*)
1925 Century Park East, Suite 1900
Los Angeles, California 90067
Telephone: (424) 204-7734
E-mail:  mquinn@vedder.com

**VEDDER PRICE LLP**
William W. Thorsness (admitted *pro hac vice*)
222 North LaSalle Street
Chicago, Illinois 60601
Telephone: (312) 609-7595
E-mail: wthorsness@vedder.com

*Attorneys for Defendant UHY LLP*

11752299.v2