**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re:<br><br>NEAR INTELLIGENCE, INC., *et al.*,<br><br>Debtors. | ) | Chapter 11<br><br>Case No. 23-11962 (TMH)<br><br>(Jointly Administered) |
| DRIVETRAIN, LLC, as Plan Administrator and Litigation Trustee of the Near Intelligence, Inc., *et al*. Litigation Trust,<br><br>Plaintiff,<br><br>v.<br><br>UHY LLP,<br><br>Defendant. | ) | Adv. Proc. No. 25-52378 (TMH) |

**NOTICE OF COMPLETION OF BRIEFING REGARDING DEFENDANT'S MOTION TO DISMISS COUNTS 1 AND 2 OF PLAINTIFF'S COMPLAINT**

**PLEASE TAKE NOTICE** that, pursuant to Rule 7007-4 of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the District of Delaware, briefing regarding *Defendant UHY LLP's Motion to Dismiss Counts 1 and 2 of Plaintiff's Complaint* [Adv. Docket No. 13] (the "Motion") has been completed.

**PLEASE TAKE FURTHER NOTICE** that the following documents relate to the Motion:

1. Adversary Complaint of Drivetrain, LLC, as Plan Administrator and Litigation Trustee of the Near Intelligence, Inc. *et al*. Litigation Trust Against UHY LLP [Adv. Docket No. 1; Filed 10/30/2025];

2. Defendant UHY LLP's Memorandum in Support of its Motion to Dismiss Counts 1 and 2 of Plaintiff's Complaint [Adv. Docket No. 13; Filed 12/23/2025];

3. Declaration of Scott Norris in Support of Defendant UHY LLP's Motion to Dismiss Counts 1 and 2 of Plaintiff's Complaint [Adv. Docket No. 14; Filed 12/23/2025];

4. Defendant UHY LLP's Request for Judicial Notice in Support of its Motion to Dismiss Counts 1 and 2 of Plaintiff's Complaint [Adv. Docket No. 15; Filed 12/23/2025];

5. Plaintiff's Opposition to Defendant's Motion to Dismiss Counts 1 and 2 of Plaintiff's Complaint [Adv. Docket No. 19; Filed 02/18/2025];

6. Defendant UHY LLP's Reply Memorandum in Further Support of its Motion to Dismiss Counts 1 and 2 of Plaintiff's Complaint [Adv. Docket No. 20; Filed 03/20/2025];

7. Plaintiff's Motion for Leave to File Sur-Reply in Opposition to Defendant's Motion to Dismiss [Adv. Docket No. 21; Filed 03/27/2026]

8. Defendant UHY LLP's Opposition to Plaintiff's Motion for Leave to File Sur-Reply in Opposition to Defendant's Motion to Dismiss [Adv. Docket No. 22; Filed 03/27/2026] and

9. Plaintiff's Request for Oral Argument [Adv. Docket No. 23; Filed 04/22/2026].

Dated: July 20, 2026

**KLEHR HARRISON HARVEY BRANZBURG LLP**

*/s/ Richard M. Beck*
Richard M. Beck (DE Bar No. 3370)
Sally E. Veghte (DE Bar No. 4762)
919 Market Street, Suite 1000
Wilmington, DE 19801
Telephone: (302) 552-5501
Email: rbeck@klehr.com
sveghte@klehr.com

**VEDDER PRICE LLP**
Michael J. Quinn (admitted *pro hac vice*)
1925 Century Park East, Suite 1900
Los Angeles, California 90067
Telephone: (424) 204-7734
E-mail: mquinn@vedder.com

**VEDDER PRICE LLP**
William W. Thorsness (admitted *pro hac vice*)
222 North LaSalle Street
Chicago, Illinois 60601
Telephone: (312) 609-7595
E-mail: wthorsness@vedder.com

*Attorneys for Defendant UHY LLP*