**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re:<br><br>NEAR INTELLIGENCE, INC., *et al.*,<br><br>Debtors. | )<br>)<br>)<br>)<br>)<br>) | Chapter 11<br><br>Case No. 23-11962 (TMH)<br><br>(Jointly Administered) |
| DRIVETRAIN, LLC, as Plan Administrator and Litigation Trustee of the Near Intelligence, Inc., *et al*. Litigation Trust,<br><br>Plaintiff,<br><br>v.<br><br>UHY LLP,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Adv. Proc. No. 25-52378 (TMH) |

**NOTICE OF HEARING REGARDING DEFENDANT'S MOTION TO DISMISS COUNTS 1 AND 2 OF PLAINTIFF'S COMPLAINT**

**PLEASE TAKE NOTICE** that, on December 23, 2025, Defendant UHY LLP filed its ***Memorandum in Support of its Motion to Dismiss Counts 1 and 2 of Plaintiff's Complaint*** [Adv. Proc. Docket No. 13] (the "Motion to Dismiss");

**PLEASE TAKE FURTHER NOTICE** that, a hearing with respect to the Motion to Dismiss and related matters will be held on **October 14, 2026 at 2:00 p.m. (ET)** before The Honorable Thomas M. Horan, United States Bankruptcy Judge for the District of Delaware at the Bankruptcy Court, 824 Market Street, Third Floor, Courtroom #7, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that, except for those matters relating to the Motion to Dismiss, other matters may not be scheduled to be heard at the hearing absent permission from the Court.

Dated: September 14, 2026

**KLEHR HARRISON HARVEY BRANZBURG LLP**

*/s/ Richard M. Beck*
Richard M. Beck (DE Bar No. 3370)
Sally E. Veghte (DE Bar No. 4762)
919 Market Street, Suite 1000
Wilmington, DE 19801
Telephone: (302) 552-5501
Email: rbeck@klehr.com
sveghte@klehr.com

**VEDDER PRICE LLP**
Michael J. Quinn (admitted *pro hac vice*)
1925 Century Park East, Suite 1900
Los Angeles, California 90067
Telephone: (424) 204-7734
E-mail: mquinn@vedder.com

**VEDDER PRICE LLP**
William W. Thorsness (admitted *pro hac vice*)
222 North LaSalle Street
Chicago, Illinois 60601
Telephone: (312) 609-7595
E-mail: wthorsness@vedder.com

*Attorneys for Defendant UHY LLP*